### CARVER v. KENYON.

No. 4294.    Opinion Filed October 14, 1913.

Rehearing Denied November 18, 1913.

(135 Pac. 1050.)

**APPEAL AND ERROR—Brief—Dismissal.** Where plaintiff in error fails to set out in his brief the specifications of error relied on for reversal of the cause, as required by rule 25 (38 Okla. x, 95 Pac. viii), the proceeding in error will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Oklahoma County;*
*W. R. Taylor, Judge.*

Action by G. A. W. Kenyon against Willard Carver. Judgment for plaintiff, and defendant brings error. Dismissed.

*S. A. Horton,* for plaintiff in error.

*Wilson & Wilson,* for defendant in error.

HAYES, C. J.  This appeal is prosecuted from a judgment of the court below on a promissory note. Plaintiff in error fails to set out in his brief the specifications of error complained of, separately set forth and numbered, and argument and authorities relied on, as is required by rule 25 (38 Okla. x, 95 Pac. viii). He argues certain propositions of law in his brief; but we are unable to determine from his brief, in the absence of any specifications of error, whether such propositions of law arose upon any action of the court below to which exceptions have been duly saved, to be presented to this court on appeal. It has been held repeatedly that, where the foregoing rule is not

complied with in the brief of plaintiff in error, the. appeal will be dismissed. *Eiklor v. Badger,* 25. Okla. 853, 108 Pac. 359; *Mahaney v. Union Inv. Co.,* 23 Okla. 533, 101 Pac. 1054.

The proceeding in error is dismissed.

All the Justices concur.